[No. 20182-8-II.    Division Two.    December 5, 1997.]

RONALD G. BAUDER, *Appellant*, v. CONTINENTAL
CONDOMINIUMS HOMEOWNER'S ASS'N, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 94-2-02822-1, Barbara D. Johnson, J., entered December 15, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Armstrong, JJ.


[No. 20307-3-II.    Division Two.    December 5, 1997.]

GEORGE ALAN MAXWELL, *Appellant*, v. HARRIET ·
SUNSHINE PIPER, ET AL., *Respondents.*

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated February 20, 1998.


[No. 20365-1-II.    Division Two.    December 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
T. TILLETT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-1-00694-7, Jay B. Roof, J., entered February 9, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.


[No. 20414-2-II.    Division Two.    December 5, 1997.]

*In the Matter of the Marriage of* PEGGY PETERS,
*Respondent*, and DAVID PETERS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-3-04780-1, Vicki L. Hogan, J., entered January 5, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.